# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOSCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No.: CV 19-6880-DMG (Ex)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [16]** |

　　Based upon the stipulation of the parties and for good cause shown:

　　IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

　　IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: December 30, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1